TOWNSHIP OF NORTH BERGEN, *ET AL.*, PETITIONERS, v. DIVISION OF TAX APPEALS, *ET AL.*, RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below:  40 *N. J. Super.* 510.

*Mr. Nicholas S. Schloeder* and *Mr. Robert J. McCurrie* for the petitioners.

*Mr. James A. Tumulty, Jr.,* and *Mr. Leo Rosenblum* for the respondents.

September 24, 1956. ▆▆▆▆

THE VAN CORPORATION, *ET AL.*, PLAINTIFFS-PETITIONERS, v. THE MAYOR AND COUNCIL OF THE BOROUGH OF RIDGEFIELD, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below:  41 *N. J. Super.* 74.

*Messrs. Lebson & Prigoff* for the petitioners.

*Mr. James A. Major* for the respondents.